# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

Taylar Dixon
Plaintiff

VS.

Progressive Corporation
Defendant

DOCKET NO.: 3:18-cv-00253-JWD-EWD

SECTION:

JUDGE:

MAGISTRATE:

UNDER TITLE: Diversity Jurisdiction 28 U.S.C. 1332

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

This cause has become before the Court upon the Motion to Dismiss **Without Prejudice** in the above-styled case. Being fully advised, the Court

ORDERS ADJUDGES AND DECREES that said motion be hereby GRANTED.

DONE and ORDERED in chambers at the United States District Court, Middle District of Louisiana, this __14th__ day of __May__ 2018.

_____
US DISTRICT COURT JUDGE

1